UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-20012-MGC

| | |
|---|---|
| JAIRO B. GOUSSEN, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| MENDEZ FUEL HOLDINGS LLC, and MICHAEL MENDEZ, | ) ) ) |
| Defendants. _____ | ) ) |

**PLAINTIFF'S NOTICE OF FILING RETAINER AGREEMENT AND BILLING AND COSTS RECORDS PER [D.E. 61]**

COMES NOW the Plaintiff, by and through the undersigned counsel, pursuant to this Court's Order [D.E. 61], and files this Notice of Filing Retainer Agreement and Billing and Costs Records. The Retainer Agreement is attached hereto as Exhibit A. The Billing Records are attached hereto as Exhibit B. The Costs Records are attached hereto as Exhibit C.

**Respectfully submitted,**

**NATALIE STAROSCHAK, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL:NSTAR.ZIDELLPA@GMAIL.COM
F.B.N. 116745**

**BY:____/s/ Natalie Staroschak____
NATALIE STAROSCHAK, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 12/18/18 TO:

ALL CM/ECF RECIPIENTS

**Susan Elizabeth Klock**
**Rasco Klock Perez Nieto, P.L.**
**2555 Ponce De Leon Blvd, Suite 600**
**Coral Gables, FL 33134**
**305-476-7100**
**Email: sklock@rascoklock.com**

BY:___/s/___Natalie Staroschak_____
     NATALIE STAROSCHAK, ESQ.